# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5277
_____

LAFREDERICK STAPLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

February 6, 2018


PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lafrederick Staples, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.